

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

MEMO ENDORSED

December 17, 2019

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/19

Re:  United States v. Roiland Gotiangco, 19 Cr. 558 (RMB)

Dear Judge Berman:

The Government writes on behalf of both parties to request a brief adjournment of the December 18, 2019 appearance scheduled in the above-captioned case. The parties have reached a pre-trial resolution, but require an additional few days to confirm the terms of a consent order of forfeiture. Accordingly, the parties respectfully request that the Court adjourn the December 18, 2019, appearance and refer the matter for a plea proceeding before a United States Magistrate Judge, at a date and time convenient to that court, but in any event not later than December 24, 2019. The parties also respectfully request that the Court exclude time under the Speedy Trial Act until December 24, 2019.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

By: /s/
Jilan J. Kamal
Assistant United States Attorney
(212) 637-2192

cc: Henry Klingeman, Esq. (by ECF)

Conference is adjourned. Guilty plea, if any, is referred to Magistrate Judge. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter (until 12/24/19).

SO ORDERED:
Date: 12/17/19
Richard M. Berman
Richard M. Berman, U.S.D.J.