**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                 Government,

   -against-

ROILAND GOTIANGCO,
                 Defendant.
------------------------------------------------------------X

19 CR. 558 (RMB)

**ORDER**

      The telephone status conference is hereby scheduled for Tuesday, August 25, 2020 at 11:00 AM.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0558

Dated: August 10, 2020
       New York, NY

                                       _____
                                         RICHARD M. BERMAN
                                                U.S.D.J.