**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

ROILAND GOTIANGCO,
                Defendant.
------------------------------------------------------------X

19 CR. 558 (RMB)

**ORDER**

       The sentencing proceeding scheduled for Monday, November 2, 2020 at 10:30 AM will proceed by video-conference via Skype for Business.

       Participants will receive a link by email. Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (917) 933-2166
    Conference ID: 724625953

Dated: October 28, 2020
       New York, NY

                                            RICHARD M. BERMAN
                                                 U.S.D.J.