**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                           19 CR. 558 (RMB)

   -against-

                                                          **ORDER**

ROILAND GOTIANGCO,
                Defendant.
------------------------------------------------------------X

       The sentencing proceeding previously scheduled for Monday, November 2, 2020 at 10:30 AM is hereby rescheduled to Monday, December 7, 2020 at 11:00 AM.

Dated: October 30, 2020
       New York, NY

                                                                             RICHARD M. BERMAN
                                                                                 U.S.D.J.