**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                Government,        :       19 CR. 558 (RMB)
                                            :
      - against -                         :       **ORDER**
                                            :
ROILAND GOTIANGCO,                          :
                Defendant.         :
-------------------------------------------------------------x

      On consent of the parties, the sentencing proceeding previously scheduled for Monday, December 7, 2020 at 11:00 AM is hereby rescheduled to Wednesday, February 10, 2021 at 10:00 AM.


Dated: December 3, 2020
       New York, NY

                                                  *Richard M. Berman*
                                       **RICHARD M. BERMAN**
                                                  U.S.D.J.