**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                                                    19 CR. 558 (RMB)

    -against-

                                                                                                     **ORDER**

ROILAND GOTIANGCO,
                Defendant.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the sentencing proceeding scheduled for Monday, April 26, 2021 at 11:30 AM is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-In Number: (917) 933-2166
       Conference ID: 152 922 728


Dated: April 21, 2021
       New York, NY

                                                               _____
                                                                   RICHARD M. BERMAN
                                                                        U.S.D.J.