UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                         19 CR. 558 (RMB)
  -against-

                                                      **ORDER**

ROILAND GOTIANGCO,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the sentencing proceeding scheduled for Wednesday, June 23, 2021 at 9:30 AM is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-In Number: (917) 933-2166
      Conference ID: 314 204 555


Dated: June 14, 2021
       New York, NY

                                                _____
                                                    RICHARD M. BERMAN
                                                          U.S.D.J.