**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                19 CR. 558 (RMB)

  -against-

                **ORDER**

ROILAND GOTIANGCO,
                Defendant.
------------------------------------------------------------X

In light of the continuing COVID-19 pandemic, the sentencing proceeding scheduled for Tuesday, July 6, 2021 at 12:30 PM is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-In Number: (917) 933-2166
    Conference ID: 314 204 555


Dated: June 30, 2021
       New York, NY

                              _____
                                 RICHARD M. BERMAN
                                    U.S.D.J.