**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

UNITED STATES OF AMERICA,
                Government,

      -against-

ROILAND GOTIANGCO,
                Defendant.

------------------------------------------------------------X

19 CR. 558 (RMB)

**ORDER**

      The sentencing proceeding previously scheduled for Tuesday, July 6, 2021 at 12:30 PM is hereby rescheduled to Wednesday, July 28, 2021 at 12:30 PM.

      In light of the continuing COVID-19 pandemic, the sentencing proceeding is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-In Number: (917) 933-2166
      Conference ID: 314 204 555

Dated: July 12, 2021
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.