```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -  x

UNITED STATES OF AMERICA          :

    -v.-                          :       ORDER OF
                                          RESTITUTION
ROILAND GOTIANGCO,                :
                                          19 Cr. 558 (RMB)
           Defendant.             :

- - - - - - - - - - - - - - - - -  x
```

Upon the application of the United States of America, by its attorney, Audrey Strauss, United States Attorney for the Southern District of New York, Jilan Kamal, Assistant United States Attorney, of counsel; the defendant's plea agreement; the presentence report; the defendant's conviction, following his plea of guilty, on Counts One and Three of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** ROILAND GOTIANGCO, the Defendant, shall pay restitution in the total amount of $1,333,040.59 to victims of the offenses charged in Counts One and Three. The victims' names, addresses, and restitution amounts are set forth in the attached Schedule of Victims. Upon advice of a change of address, the Clerk of the Court is

authorized to send payments to the new address without further order of this Court.

    **2. Sealing.** Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

    Terms of payment are as set forth in the transcript and judgment dated August 10, 2021.

Dated:  New York, New York
       August 11, 2021

*Richard M. Berman*
_____
THE HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE