UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                 Government,        :       19 CR. 558 (RMB)
                                           :
    - against -                             :       **ORDER**
                                           :
ROILAND GOTIANGCO,                         :
                Defendant.         :
---------------------------------------------------------------x


      The supervised release hearing previously scheduled for Monday, January 23, 2023 at 9:00 A.M. is hereby rescheduled to Wednesday, February 15, 2023 at 9:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 903 099 979#


Dated: January 19, 2023
      New York, NY

                                        _/s/ Richard M. Berman_
                                        **RICHARD M. BERMAN**
                                               **U.S.D.J.**