UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                          Government,

               -against-

ROILAND GOTIANGCO,
                          Defendant.
------------------------------------------------------------X

19 CR 558 (RMB)

**ORDER**

**Richard M. Berman, U.S.D.J.:**

      C.J.A. attorney Elizabeth Macedonio is appointed to represent Defendant effective January 26, 2023.

Dated: New York, New York
       February 22, 2023

                                                    _/s/ RMB_
                                           **Hon. Richard M. Berman, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/23