**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                       :
                                                :
                    Government,        :            19 CR. 558 (RMB)
                                                :
       - against -                         :            **ORDER**
                                                :
ROILAND GOTIANGCO,                              :
              Defendant.          :
-----------------------------------------------------------------x


The supervised release hearing is scheduled for Monday March 27, 2023 at

10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:


    Dial-in Number: (646) 453-4442
    Conference ID: 638 105 35#


Dated: March 22, 2023
      New York, NY

                                _Richard M. Berman_
                                  **RICHARD M. BERMAN**
                                     **U.S.D.J.**