UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :
                    Government,      :     19 CR. 558 (RMB)
                                    :
        - against -              :     **AMENDED ORDER**
                                    :
ROILAND GOTIANGCO,                  :
                    Defendant.       :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, March 27, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 638 105 35#

Dated: March 27, 2023
       New York, NY

                                                      **RICHARD M. BERMAN**
                                                           **U.S.D.J.**