UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                       :
                                                :
                         Government,    :    19 CR. 558 (RMB)
                                                :
          - against -                          :    **ORDER**
                                                :
ROILAND GOTIANGCO,                              :
                         Defendant.     :
-------------------------------------------------------------x

      The supervised release hearing is scheduled for Thursday, August 10, 2023 at 12:00 P.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 656 093 865#

Dated: August 2, 2023
       New York, NY

                                             _Richard M. Berman_
                                             **RICHARD M. BERMAN**
                                                **U.S.D.J.**