UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                         :
                                                  :
                      Government,              :       19 CR. 558 (RMB)
                                                  :
      - against -                               :       **ORDER**
                                                  :
ROILAND GOTIANGCO,                                :
                                                  :
                      Defendant.              :
-----------------------------------------------------------------x

       The supervised release hearing previously scheduled for Thursday, September 28, 2023 at 1:00 P.M. is hereby rescheduled to Thursday, November 16, 2023 at 10:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 116 539 35#

Dated: August 23, 2023
       New York, NY

                                              */s/ Richard M. Berman*
                                              **RICHARD M. BERMAN**
                                                    **U.S.D.J.**