**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                          Government,        :        19 CR. 558 (RMB)
                                             :
            - against -                      :        **ORDER**
                                             :
ROILAND GOTIANGCO,                           :
                          Defendant.         :
------------------------------------------------------------x


        The supervised release hearing previously scheduled for Thursday, November 16,

2023 at 10:00 A.M. is hereby rescheduled to Thursday, November 30, 2023 at 10:00 A.M.

        In the absence of defense objection, the proceeding will be held by video.

        Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:

        Dial-in Number: (646) 453-4442
        Conference ID: 116 539 35#


Dated: September 20, 2023
        New York, NY

                                                _____
                                                **RICHARD M. BERMAN**
                                                **U.S.D.J.**