UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------X

    United States of America

           V.                                    Docket Number: 1:19-CR-558-01

    Roiland Gotiangco

--------------------------------------------------X

# ORDER

IT IS HEREBY ORDERED that as of November 30, 2023, the defendant's Restitution Order shall be paid at a rate of 10% of his gross monthly income.

_____
The Honorable Richard M. Berman
UNITED STATES DISTRICT JUDGE

12/1/2023
DATE