UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                      Government,       :       19 CR. 558 (RMB)
                                         :
      - against -                      :       **ORDER**
                                         :
ROILAND GOTIANGCO,                       :
                                         :
                      Defendant.        :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, February 14, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 528 494 052#

Dated: February 7, 2024
       New York, NY

                                            _____
                                               **RICHARD M. BERMAN**
                                                        U.S.D.J.