**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                    Government,     :       19 CR. 558 (RMB)
                                         :
       - against -                     :       **ORDER**
                                         :
ROILAND GOTIANGCO,                       :
                    Defendant.      :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, March 28, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 704 543 593#

Dated: March 18, 2024
       New York, NY

                                                           _____
                                                           **RICHARD M. BERMAN**
                                                                   **U.S.D.J.**