**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                                                       :
                              Government,     :        19 CR. 558 (RMB)
                                                                       :
              - against -                  :        **ORDER**
                                                                       :
ROILAND GOTIANGCO,                          :
                              Defendant.         :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, May 23, 2024 at 1:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 967 990 33#

Dated: May 15, 2024
       New York, NY

                                                    **RICHARD M. BERMAN**
                                                             U.S.D.J.