UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                      Government,    :   19 CR. 558 (RMB)
                                           :
        - against -                       :   **ORDER**
                                           :
ROILAND GOTIANGCO,                         :
                                           :
                      Defendant.     :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, November 14, 2024 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 171 029 206#

Dated: November 6, 2024
      New York, NY

*Richard M. Berman*
_____
**RICHARD M. BERMAN**
**U.S.D.J.**