UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                        Government,        :      19 CR. 558 (RMB)
                                           :
            - against -                    :      **ORDER**
                                           :
ROILAND GOTIANGCO,                         :
                                           :
                        Defendant.         :
---------------------------------------------------------------x

The supervised release hearing previously scheduled for Thursday, January 9, 2025 at 9:00 A.M. is hereby rescheduled to Wednesday, February 5, 2025 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

  Dial-in Number: (646) 453-4442
  Conference ID: 893 966 908#

Dated: January 6, 2025
       New York, NY

                                                   _____
                                                   **RICHARD M. BERMAN**
                                                   **U.S.D.J.**