**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

-against-

ROILAND GOTIANGCO,

Defendant.

19-CR-558 (RMB)

**ORDER**

For the reasons stated on the transcript of today's supervised release hearing, the Court hereby orders that Mr. Roiland Gotiangco's term of supervised release is terminated early and effective today. *See* Tr. of Proc. held on June 17, 2025; *see also* Prob. Letter to the Court, dated Apr. 28, 2025. Mr. Gotiangco's early termination is based upon his conduct during the period of supervision, and it is in the interest of justice that Mr. Gotiangco be granted early termination. *See* 18 U.S.C. § 3583(e)(1) ("The court may . . . terminate a term of supervised release . . . at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.").

Date: June 17, 2025
New York, New York

_____
**RICHARD M. BERMAN, U.S.D.J.**

# Certificate of Completion of Supervised Release

To acknowledge fulfillment of the terms and conditions of Roiland Gotiangco's supervised release, and his dedication. Mr. Gotiangco's supervised release obligations are successfully completed.

Congratulations for a job well done.

June 17, 2025

_Richard M. Berman_
Richard M. Berman
U.S. District Judge